IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY WEATHERSPOON,         ) | |
|     Plaintiff,         ) | |
|     ) | |
| v.         ) | CIVIL ACTION NO. 1:20-00075-N |
|     ) | |
| KILOLO KIJAKAZI, *Acting*         ) | |
| *Commissioner of Social Security*,         ) | |
|     Defendant.         ) | |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Jeremy Weatherspoon and against the Defendant Commissioner of Social Security, in accordance with the Memorandum Opinion and Order entered on this date reversing the Commissioner's final decision denying Weatherspoon's applications for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the 14th day of September 2021.

/s/ *Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**